Argued December 16, affirmed December 27, 1976, reconsideration denied February 2, petition for review denied March 15, 1977

In the Matter of the Marriage of
ANDERSON, *Respondent,*
*and*
ANDERSON, *Appellant.*
(No. 74-4253, CA 6808)

557 P2d 257

*Roberta J. Lindberg,* attorney for appellant.

*David A. Vinson,* attorney for respondent.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

Affirmed. *Fulwiler and Fulwiler,* 22 Or App 311, 538 P2d 958 (1975); *Wiese and Wiese,* 20 Or App 705, 533 P2d 378 (1975).